IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JANE CHARLES,

      Appellant,

v.

ELEASE HAYES ET AL:
REGINAL HAYES AND
UNDER HILL STAFFING INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0593

Opinion filed June 1, 2017.

An appeal from the Circuit Court for Duval County.
Thomas M. Beverly, Judge.

Jane Charles, pro se, Appellant.

No appearance for Appellees.

PER CURIAM.

      DISMISSED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.